1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD, | CASE NO. C20-1692JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| SPRINT SPECTRUM LP, | |
| Defendant. | |

16

17

18

19

20

21

22

This matter was opened as a motion to compel compliance with a subpoena duces tecum issued by Plaintiff General Access Solutions, Ltd. ("General Access") to non-party T-Mobile U.S., Inc. ("T-Mobile"). (*See* Motion to Compel (Dkt. # 1).) Because T-Mobile disputed the motion to compel, this matter was converted from a miscellaneous action to a civil action and assigned to the undersigned. (*See* 11/7/20 Order (Dkt. # 9).)

//

//

1       On January 7, 2021, this court held a telephonic hearing on the motion to compel.

2  (*See* Min. Entry (Dkt. # 14).)  During that hearing, the court granted in part and denied in

3  part General Access's motion to compel.  (*See id.*)

4       The motion to compel having been adjudicated, it appears that no further

5  proceedings are necessary in this court.  Accordingly, the court ORDERS the parties to

6  SHOW CAUSE by no later than Friday, March 12, 2021, why this matter should not be

7  closed.

8       Dated this 8th day of March, 2021.

9

10                               _____

11                              JAMES L. ROBART
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2