UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD,<br><br>     Plaintiff,<br><br>  v.<br><br>SPRINT SPECTRUM LP, et al.<br><br>     Defendants. | CASE NO. C20-1692JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On January 7, 2021, the court held a telephonic hearing on Plaintiff General Access Solutions, Ltd.'s ("General Access") motion to compel compliance with a subpoena duces tecum issued to non-party T-Mobile U.S., Inc. (*See* Min. Entry (Dkt. # 14).) During that hearing, the court granted in part and denied in part General Access's motion to compel. (*See id.*) On March 8, 2021, the court ordered the parties to show

MINUTE ORDER - 1

1   cause by no later than Friday, March 12, 2021, why this matter should not be closed since

2   General Access's motion has now been resolved.  (*See* OSC (Dkt. # 15).)  Neither party

3   responded to the court's order to show cause.  (*See generally* Dkt.)  Accordingly, the

4   court DIRECTS the clerk to close this matter.

       Filed and entered this 23rd day of March, 2021.

                         WILLIAM M. MCCOOL
                         Clerk of Court

                         s/ Ashleigh Drecktrah
                         Deputy Clerk